Dr. Orly Taitz, ESQ

29839 Santa Margarita Parkway, STE 100

Rancho Santa Margarita CA 92688

Tel: (949) 683-5411; Fax (949) 766-7603

E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 3 2011

at 11 o'clock and 15 min. A M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE | § Misc. action |
| | § MC11 00158 SOM RLP |
| Plaintiff, | § Pending in the District of |
| | §     Columbia |
| v. | §     11-cv-00402 RCL |
| | § |
| Michael Astrue, Commissioner of the | § |
| Social Security Administration, | § |
| Respondent | § |

Proof of Service

I, Lila Dubert, am not a party to above action, I am over 18 years old and attest under penalty of perjury that parties listed below were served by certified mail with

Notice of September 14, 2011, 10 am hearing before Hon Judge Puglisi US District Court, District of Hawaii, on the following Plaintiffs motion:

**"Motion for order to show cause and compel attendance and provide documents described in the subpoena which was issued and served upon Loretta Fuddy, Director of Health, Department of Health, State of HI and failing that production to show cause, if she can, why the documents in question should not be produced and for attorneys' fees and costs as incurred by Plaintiff in bringing this action before court, should not be granted."**

1. **Witness Loretta Fuddy**
   **Director of Health**
   **Department of Health**
   **State of Hawaii**
   **1250 Punchbowl Ave, Room 325**
   **Honolulu HI 96813**

   I served on August 12, 2011 by certified mail, receipt attached

2. **Defendant Michael Astrue**
**Commissioner of Social Security Administration**
   **Served through his attorney**
   **Patrick Nemeroff**
   **Assistant U.S. Attorney**
   **For the District of Columbia**
   **555 4th str NW**
   **Washington DC, 20530**

I served on August 15, 2011 by certified mail, receipt attached

3. Courtesy notice was given to Jill T. Nagamine
Deputy Attorney General
State of HI
465 South King Str, Room 200
Honolulu, HI 96813

I served by certified mail on August 15, 2011 by certified mail, receipt attached

I declare under penalty of perjury, that this information is true and correct.

Certified mail return receipt shows Loretta Fuddy receiving her notification on September 16, 2011(see attached)

Signed _____
Dated 8-19-11

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Alvin Onaka
   Registrar Dep. of Health
   State of HI
   1250 Punchbowl St
   room 325
   Honolulu HI 96813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 8/16

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 1870 0003 3995 1008

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Loretta Fuddy
   Director of Health
   Department
   1250 Punchbowl St
   room 325
   Honolulu HI 96813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 8/16

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 1870 0003 3995 1022

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

8-12-11

Sent To: Loretta Fuddy Director
Street, Apt. No. or PO Box No.: Health Department 1250
City, State, ZIP+4: Punchbowl Honolulu HI

7010 1870 0003 3995 1022

PS Form 3800, August 2006 See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

8-12-11

Honolulu HI 96813

Sent To: Dr. Ayia Onaka
Street, Apt. No. or PO Box No.: State Registrar Dep. of Health
City, State, ZIP+4: 1250 Punchbowl

7010 1870 0003 3995 1008

PS Form 3800, August 2006 See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

8-15-11

Honolulu, HI 96815

Sent To: Deputy Attorney General
Street, Apt. No. or PO Box No.: Jill T. Nagamine Health
City, State, ZIP+4: and Human Services 465 South King St.

7010 1870 0003 3995 1046

PS Form 3800, August 2006 See Reverse for Instructions