UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ORLY TAITZ, | CASE NO. 1:11-CV-00519-SOM-RLP |
| Plaintiff, | |
| v. | DECLARATION OF KEITH YAMAMOTO, DEPUTY DIRECTOR, DEPARTMENT OF HEALTH, STATE OF HAWAII |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

## DECLARATION OF KEITH YAMAMOTO

I, KEITH YAMAMOTO, do hereby declare as follows:

1. I am the Deputy Director of the Department of Health, State of Hawaii.

2. On August 8, 2011, Loretta Fuddy, Director of Health, State of Hawaii designated me to accept service of a subpoena on her behalf.

3. On August 8, 2011, Joshua A. Wisch, Special Assistant to the Attorney General, ("Wisch") and I were present at the offices of the Department of Health when Orly Taitz ("Taitz") appeared to demand immediate access to President Barack Obama's ("President") birth certificate.

4. I was present when Wisch told Taitz that she would not be given access to the President's original birth certificate.

5. I also was present when Wisch asked Taitz if there was anything she wanted to serve on the Director or myself as the Director's designee and she said she did not, insisting that she had already served a subpoena.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

Executed in Honolulu, Hawaii on August 24, 2011.

_____
KEITH YAMAMOTO
Deputy Director of the Department of Health