UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ORLY TAITZ, | CASE NO. 1:11-CV-00519 SOM-RLP |
| Plaintiff, | |
| v. | DECLARATION OF JILL T. NAGAMINE; EXHIBITS "A" – "C" |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

DECLARATION OF JILL T. NAGAMINE

I, JILL T. NAGAMINE, do hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Hawaii and in the United States District Court for the District of Hawaii.

2. I am a Deputy Attorney General for the State of Hawaii, assigned to represent the Director of the Department of Health in matters pertaining to vital records.

3. I have personal knowledge of and am competent to make this declaration concerning the matters set forth below.

4. I make this declaration in support of Loretta Fuddy, Director of Health, State of Hawaii's Memorandum in Opposition to Plaintiff's Emergency Ex-parte Motion for Emergency Order to Show Cause and to Compel Attendance for Production of Documents and For Attorney's Fees and Costs filed on August 8, 2011.

5. Attached as Exhibit "A" is a true and correct copy of a letter written by me to Plaintiff, which was hand-delivered to Plaintiff on August 8, 2011.

6. Attached to as Exhibit "B" is a true and correct copy of a letter sent by Plaintiff and received by the Director on July 28, 2011.

7. Attached as Exhibit "C" is a true and correct copy of Office of Information Practices Opinion No 90-23, 1990 WL 482371.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

Executed in Honolulu, Hawaii on August 24, 2011.

*Jill T. Nagamine*
JILL T. NAGAMINE
Deputy Attorney General