*LAW OFFICES OF DR. ORLY TAITZ ESQ*

*29839 SANTA MARGARITA PKWY, STE 100*

*RANCHO SANTA MARGARITA CA 92688*

*PH. 949-683-5411 FAX 949-766-7603*

*Orly.taitz@gmail.com*

RECEIVED OFFICE OF THE DIRECTOR DEPT. OF HEALTH
11 JUL 28 P12:08

07.27.2011

Personal and Confidential

Attention Loretta Fuddy

Director Health Department

State of Hawaii

1250 Punchbowl str Room-325

Honolulu, HI 96813

Dear Ms. Fuddy,

On July 5, 2011 a subpoena was issued by the US District Court for the District of Hawaii and signed by the clerk of the court, directing you to allow on August 8, 2011 inspection of the original 1961 typewritten birth certificate # 10641for Barack Obama, II issued 08.08.1961, signed by Dr. David Sinclair, Stanley Ann Dunham Obama and registrar Lee, stored in the Health Department of the State of Hawaii from 08.08.1961 until now. (exhibit 1 attached).

Due to the fact that Deputy Attorney General of Hawaii, Jill T. Nagamine, advised me, that she is representing you in this matter, as she was the one to respond to a prior subpoena, issued by me as an attorney; and as a courtesy to you, I served you with this, July 5 subpoena, through your attorney, Deputy Attorney General Nagamine. According to the certified mail receipt Ms. Nagamine received the subpoena on July 11, 2011. She had 14 days to file an opposition to this court issued subpoena. It has been 16 days, since the subpoena was received by Ms. Nagamine, however there is no record of any opposition filed. As such, it is my understanding, that you will comply with the subpoena and I would like to confirm this.

As my experts and I do not reside on the islands of Hawaii, and since we needs to make arrangements for flights, hotel and other accommodations, and in light of the fact, that you, according to your attorney, refused to comply with <u>the prior</u> subpoena, I am writing this letter and I am trying to ascertain:

1. Whether Ms. Nagamine put you on notice of this July 5, 2011 subpoena signed by the clerk of the court.



EXHIBIT B

11-003022

2. Whether you will comply with the subpoena and will allow inspection of the original birth certificate for Mr. Obama, or whether you refuse to comply with the subpoena signed by the clerk of the US District Court for the District of Hawaii.

As the time is of the essence, this letter is being shipped to you by FedEx and will be received by you on Thursday 07.28.2011. I request a response with the above information in regards to compliance with the subpoena by the end of the work day on 07.29.2011 via e-mail to be sent to my e-mail address at orly.taitz@gmail.com

Sincerely,

Dr. Orly Taitz, ESQ

Exhibit 1

July 5, 2011 Subpoena

HID 88B (Rev. 02/11) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

Taitz
_____
Plaintiff
v.
Astrue
_____
Defendant

Civil Action No. 1:11-CV-00402 RCL

(If the action is pending in another district, state where:)
USDC District of Columbia

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Ms Loretta Fuddy, Director of Health, State of Hawaii Department of Health

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: original 1961 typewritten birth certificate #10641 for Barack Obama, II issued 08.08.1961, signed by Dr. David Sinclair, Stanley Ann Dunham Obama at 6085 Kalanianaole Hwy stored in the Health Department of the state of Hawaii 08.08.1961 cat. now

Place: Health Department State of HI, 1250 Punchbowl Str. room 325 Honolulu, HI 96813

Date and Time: August 8, 2011 10 am

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:

Date and Time:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 07.05.2011

CLERK OF COURT
_____
Signature of Clerk or Deputy Clerk
OR
_____
Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing (name of party) Dr Orly Taitz ESQ 29839 Santa Margarita RSM CA 92688 orly.taitz@gmail.com 949-683-5411, who issues or requests this subpoena, are:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* **Loretta Fuddy**
was received by me on *(date)* **07 05 2011**

☑ I served the subpoena by delivering a copy to the named person as follows: **by certified mail return receipt sent to Attorney General of HI, 485 South King str, room 200, Honolulu HI 96813** on *(date)* **07 05 2011**; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ **0**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **07 05 2011**

*Server's signature*

**LICA DUBERT**
*Printed name and title*

Law Offices of Orly Taitz, Esq.
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Margarita, CA 92688

Additional information regarding attempted service, etc:

