IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ORLY TAITZ,<br><br>               Plaintiff,<br><br>   vs.<br><br>MICHAEL ASTRUE,<br>Commissioner of the Social Security<br>Administration,<br>               Defendant. | CIVIL NO.  1:11-cv-00519-SOM-RLP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2011, by the methods of service noted below, a true and correct copy of Loretta Fuddy, Director of Health, State of Hawaiʻi's Memorandum in Opposition to Plaintiff's Emergency Ex-parte Motion for Emergency Order to Show Cause and to Compel Attendance for Production of Documents and For Attorney's Fees and Costs filed on August 8, 2011 was served on the following at their last known addresses:

> Dr. Orly Taitz, Esq.
> 29839 Santa Margarita Pkwy, Ste. 211
> Rancho Santa Margarita, CA  92688
> Pro Se Plaintiff
>
> Served by Certified Mail, Return Receipt Requested
>
> Patrick Nemeroff, Esq.
> United States Department of Justice
> 20 Massachusetts Avenue, NW Room 5381
> Washington, DC 20001
> Attorney for Defendant, Michael Astrue
> Served by First Class Mail

**DATED:**  Honolulu, Hawaiʻi, August 25, 2011.

> /s/Rebecca E. Quinn
> Deputy Attorney General
> Attorney for Loretta Fuddy, Director of
> Health, State of Hawai