# MINUTES

CASE NUMBER:        CV 11-00519SOM-RLP

CASE NAME:          Orly Taitz vs.  Michael Astrue, etc.

ATTYS FOR PLA:      Orly Taitz (Pro Se - by phone)

ATTYS FOR DEFT:     Jill Nagamine
                    Rebecca Quinn

INTERPRETER:

---

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:    08/30/2011                TIME:        2:15 - 2:35

---

COURT ACTION:   EP: Request for ECF Number [5] -

Ms. Taitz informed the Court that she already has an ECF number.

Court instructs Ms. Taitz to go onto the Court's website and follow the procedures.

Ms. Nagamine informed the Court that the underlying case in the District of Columbia (CV 11-402)  was dismissed.

Ms. Taitz informed the Court that she will be filing a motion for reconsideration.

Discussion held re:  Motion to Compel Attendance for Production of Documents and For Attorneys' Fees and Costs set for  9/14/11 before Magistrate Puglisi - This hearing is continued to 11/21/11 @ 9:30 a.m. RLP in light of plaintiff disclosing that she will be filing a motion for reconsideration.  Any reply to be filed by 9/16/11.

Ms. Taitz to inform the Court asap if a decision is not filed re: her motion for reconsideration by 10/26/11.

If Ms. Taitz will not file a motion for reconsideration, she is to file a statement.

Submitted by: Toni Fujinaga, Courtroom Manager.