# EXHIBIT 1

**Original Tax Posting.pdf Properties**

General    PDF    Details

Title:

Author:

Subject:

Keywords:

Created:        Thursday, April 15, 2010, 11:15:29 AM

Modified:       Thursday, April 15, 2010, 11:15:29 AM

Application:

PDF Producer:   Mac OS X 10.5.3 Quartz PDFContext

Fast Web View:  No              PDF Version:   1.3


Information on this page reflects the actual contents of the Adobe PDF file. This page may differ from other pages of this property sheet that display information from the Windows file system.

OK        Cancel

| Form **709** | United States Gift (and Generation-Skipping Transfer) Tax Return | OMB No. 1545-0020 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For gifts made during calendar year 2009) ▶ See separate instructions. | **2009** |

### Part — General Information

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Donor's first name and middle initial **BARACK H.** | 2 Donor's last name **OBAMA** | 3 Donor's social security number ███-██-4425 | |
| 4 | Address (number, street, and apartment number) **1600 PENNSYLVANIA AVENUE, NW** | 5 Legal residence (domicile) **ILLINOIS** | | |
| 6 | City, state, and ZIP code **WASHINGTON, DC 20500** | 7 Citizenship (see instructions) **UNITED STATES** | | |
| 8 | If the donor died during the year, check here ▶ ☐ and enter date of death _____ | | | |
| 9 | If you extended the time to file this Form 709, check here ▶ ☐ | | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶ | 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X | |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13–18 and go to Schedule A.) | | X | |
| 13 | Name of consenting spouse **MICHELLE L. OBAMA** | 14 SSN ███-██-2902 | | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | | X | |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X | |

**Current Tax Posting.pdf Properties**

General    PDF    Details

Title:

Author:

Subject:

Keywords:

Created:       Thursday, April 15, 2010, 11:15:29 AM

Modified:      Thursday, April 15, 2010, 6:17:52 PM

Application:

PDF Producer:  Mac OS X 10.5.8 Quartz PDFContext

Fast Web View: Yes           PDF Version:  1.6



Information on this page reflects the actual contents of the Adobe PDF file. This page may differ from other pages of this property sheet that display information from the Windows file system.

OK       Cancel

# AFFIDAVIT

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2. On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama:
http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3. I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4. I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5. I submit too Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6. Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7. I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

   1. Barack Obama's SSN. ●●●●●●-4425
   2. Michelle Obama's SSN ●●●●●-2302
   3. An initial MLO on the side of Form 709
   4. A 1/4 inch dark square with notation on it.
   5. Preparer's SSN or PIN P00570974
      EIN 36-2700600
      Phone no. 312/372-0440

8. I submit Exhibit B1 (attached herewith) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama with her social security number revealed. The following information are revealed:

   1. Michelle Obama's SSN ███-██-2302
   2. Barack Obama's SSN. ███-██-4425
   3. Preparer's SSN or PIN P00570974
      EIN 36-2700600
      Phone no. 312/372-0440

9. It is apparent that the tax preparer for Forms 709 of Pres. Obama may have forgotten to lock or flatten the covering top layers before posting them on the Internet. I later noticed that after April 15, 2010, the pdf file posted at the White House has been modified. The top layers on President Obama's Income Tax Return have been locked or flatten and could no longer be dragged out. His SSN and his wife's SSN were no longer visible.

FURTHER AFFIANT SAYETH NOT.

_____
FELICITO PAPA

DAHLIA LOUIE
MY COMMISSION # DD993755
EXPIRES June 06, 2014
(407) 398-0153   FloridaNotaryService.com

SUBSCRIBED TO AND SWORN TO before me on August 24, 2011.

_____
NOTARY PUBLIC

# Form 709 — United States Gift (and Generation-Skipping Transfer) Tax Return — 2009

**Part 1 — General Information**

1. Donor's first name and middle initial: **BARACK H.**
2. Donor's last name: **OBAMA**
3. Donor's social security number: [redacted]
4. Address: **1600 PENNSYLVANIA AVENUE, NW**
5. Legal residence (domicile): **ILLINOIS**
6. City, state and ZIP code: **WASHINGTON, DC 20500**
7. Citizenship: **UNITED STATES**

8. If the donor died during the year, check here ▶ ___ and enter date of death ___
9. If you extended the time to file this Form 709, check here ▶ ___
10. Enter the total number of donees listed on Schedule A. Count each person only once. ▶ **2**

11a. Have you (the donor) previously filed a Form 709 or 709-A for any other year? — **X** (Yes)
  b. If the answer to 11a is "Yes," has your address changed since you last filed Form 709 or 709-A? — **X** (No)

12. Gifts by husband or wife to third parties. … — **X** (Yes)

13. Name of consenting spouse: **MICHELLE L. OBAMA**
14. SSN: [redacted]
15. Were you married to one another during the entire calendar year? — **X** (Yes)
16. If 15 is "No," check whether ___ married ___ divorced ___ widowed/deceased, and give date ▶
17. Will a gift tax return for this year be filed by your spouse? — **X** (Yes)

18. Consent of Spouse. …

Consenting spouse's signature ▶ **X Michelle Obama**    Date ▶ **4-7-10**

**Part 2 — Tax Computation**

| Line | Description | Amount |
|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | |
| 9 | Balance. Subtract line 8 from line 7 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | |
| 11 | Balance. Subtract line 10 from line 9 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | |
| 14 | Total credits. Add lines 12 and 13 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | |
| 17 | Total tax. Add lines 15 and 16 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | |

Sign Here ▶ **X** [signature]   Date: **4/7/10**   Preparer's signature required? **X Yes** ___ No

Paid Preparer's Use Only:
Preparer's signature ▶ [signature]   Date: **3/30/10**
Firm's name: **WINEBERG SOLHEIM HOWELL & SHAIN, PC**
Firm's address: **180 N LASALLE ST, STE 3200, CHICAGO, IL 60601**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   Form **709** (2009)

# Form 709 — United States Gift (and Generation-Skipping Transfer) Tax Return — 2009

▶ See separate instructions.

**Part 1 - General Information**

| # | Field | Value |
|---|---|---|
| 1 | Donor's first name and middle initial | MICHELLE L. |
| 2 | Donor's last name | OBAMA |
| 3 | Donor's social security number | |
| 4 | Address (number, street, and apartment number) | 1600 PENNSYLVANIA AVENUE, NW |
| 5 | Legal residence (domicile) | ILLINOIS |
| 6 | City, state, and ZIP code | WASHINGTON, DC 20500 |
| 7 | Citizenship | UNITED STATES |

| # | Question | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ and enter date of death | | |
| 9 | If you extended the time to file this Form 709, check here ▶ | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶ 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 or 709-A for any other year? If "No," skip line 11b | X | |
| 11b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 or 709-A? | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts ... made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? ... If the answer is "No," skip lines 13-18 and go to Schedule A | X | |
| 13 | Name of consenting spouse: BARACK H. OBAMA | | |
| 14 | SSN | | |
| 15 | Were you married to one another during the entire calendar year? | X | |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | X | |
| 18 | Consent of Spouse. ... | | |

Consenting spouse's signature ▶ [signed]   Date ▶ 4/7/10

**Part 2 - Tax Computation**

| Line | Description | Amount |
|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 0. |
| 7 | Maximum unified credit (nonresidents aliens, see instructions) | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods from Sch. B, line 1, col. C | |
| 9 | Balance. Subtract line 8 from line 7 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | |
| 11 | Balance. Subtract line 10 from line 9 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | |
| 14 | Total credits. Add lines 12 and 13 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 0. |
| 16 | Generation-skipping transfer taxes from Schedule C, Part 3, col. H, Total | |
| 17 | Total tax. Add lines 15 and 16 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | |

**Sign Here** ▶ [signed] Michelle Obama 4/7/10

May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

**Paid Preparer's Use Only:** [signed]   Date 3/30/10
WINEBERG SOLHEIM HOWELL & SHAIN, PC
130 N LASALLE ST, STE 2200
CHICAGO, IL 60601

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   Form 709

# Form 709 — United States Gift (and Generation-Skipping Transfer) Tax Return — 2009

▶ See separate instructions.

| Field | Value |
|---|---|
| 1 Donor's first name and middle initial | MICHELLE L. |
| 2 Donor's last name | OBAMA |
| 3 Donor's social security number | ███-██-2302 |
| 4 Address (number, street, and apartment number) | 1600 PENNSYLVANIA AVENUE, NW |
| 5 Legal residence (domicile) | ILLINOIS |
| 6 City, state, and ZIP code | WASHINGTON, DC 20500 |
| 7 Citizenship | UNITED STATES |

**Part 1 — General Information**

|  | Yes | No |
|---|---|---|
| 8 If the donor died during the year, check here ▶ and enter date of death | | |
| 9 If you extended the time to file this Form 709, check here ▶ | | |
| 10 Enter the total number of donees listed on Schedule A. Count each person only once. ▶ 2 | | |
| 11a Have you (the donor) previously filed a Form 709 or 709-A for any other year? If "No," skip line 11b | X | |
| 11b If the answer to 11a is "Yes," has your address changed since you last filed Form 709 or 709-A? | | X |
| 12 Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? See instructions. If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13–18 and go to Schedule A | X | |
| 13 Name of consenting spouse: BARACK H. OBAMA | | |
| 14 SSN: ███-██-4425 | | |
| 15 Were you married to one another during the entire calendar year? See instructions. | X | |
| 16 If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | |
| 17 Will a gift tax return for this year be filed by your spouse? If "Yes," mail both returns in the same envelope | X | |
| 18 Consent of Spouse — I consent to have the gifts and generation-skipping transfers made by me and my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | |

Consenting spouse's signature ▶ [signature]    Date ▶ 4/7/10

**Part 2 — Tax Computation**

| Line | Description | Amount |
|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | |
| 9 | Balance. Subtract line 8 from line 7 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 0 |
| 11 | Balance. Subtract line 10 from line 9 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | |
| 14 | Total credits. Add lines 12 and 13 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | |
| 17 | Total tax. Add lines 15 and 16 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | |

**Sign Here** ▶ [signature] Michelle Obama 4/7/10

**Paid Preparer's Use Only:**
[signature] 3/30/10
PTIN: P00570971
WINEBERG SOLHEIM HOWELL & SHAIN, PC
180 N LASALLE ST, STE 2200
CHICAGO, IL 60601
EIN: 36-2700600
Phone: 312/372-0440

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.    Form 709

| Form **709** | United States Gift (and Generation-Skipping Transfer) Tax Return | OMB No. 1545-0020 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (For gifts made during calendar year 2009) ▶ See separate instructions. | **2009** |

| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
|---|---|---|
| BARACK H. | OBAMA | ###-##-4425 |
| 4 Address (number, street, and apartment number) | | 5 Legal residence (domicile) |
| 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS |
| 6 City, state, and ZIP code | | 7 Citizenship (see instructions) |
| WASHINGTON, DC 20500 | | UNITED STATES |

**Part 1 - General Information**

|   |   | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ ☐ and enter date of death | | |
| 9 | If you extended the time to file this Form 709, check here ▶ ☐ | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶ 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | X | |
| 13 | Name of consenting spouse MICHELLE L. OBAMA  14 SSN ###-##-2302 | | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | X | |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | X | |
| 18 | Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | |

MLO

Consenting spouse's signature ▶ X *Michelle Obama*   Date ▶ 4-7-10

**Part 2 - Tax Computation**

| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
|---|---|---|---|
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge. May the IRS discuss this return with the preparer shown below? [X] Yes ☐ No

Signature of donor ▶ X *[signature]*   Date 4/7/10

| Paid Preparer's Use Only | Preparer's signature ▶ *[signature]* | Date 3/30/10 | Check if self-employed ☐ | Preparer's SSN or PTIN P00570974 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ WINEBERG SOLHEIM HOWELL & SHAIN, PC  180 N LASALLE ST, STE 2200  CHICAGO, IL 60601 | | EIN 36-2700600  Phone no. 312/372-0440 | |

LHA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   Form **709** (2009)

1

14380330 131470 01111D   2009.03030 OBAMA, BARACK H.   01111D__1